SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MIGUEL SOTO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO,<br><br>         Plaintiff,<br><br>   vs.<br><br>ARELLANO RESTAURANTS INC. D/B/A CHIGUACLE RESTAURANT & BAKERY; SUNOAKS, LLC; and DOES 1 to 10,<br><br>         Defendants. | **Case No.: 2:20-cv-07134 SB (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ARELLANO RESTAURANTS INC. D/B/A CHIGUACLE RESTAURANT & BAKERY** |

**PLEASE TAKE NOTICE** that Plaintiff MIGUEL SOTO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant ARELLANO RESTAURANTS INC. D/B/A CHIGUACLE RESTAURANT & BAKERY ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

\\

\\

\\

1

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  November 09, 2020   SO. CAL. EQUAL ACCESS GROUP

By:    */s/   Jason J. Kim*
       Jason J. Kim
       Attorneys for Plaintiff